JS-6/ENTER

**FILED**
OCT 20 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| RICHARD POWELL, ) | Case No. EDCV 08-0174-AHM (MLG) |
| Petitioner, ) | JUDGMENT |
| v. ) | |
| J.L. NORWOOD, Warden, ) | |
| Respondent. ) | |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: October 17, 2008

_____
A. Howard Matz
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 21 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY